

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 15TH JUDICIAL DISTRICT COURT OF GRAYSON COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 21st day of February, 2018, the cause on appeal to revise or reverse the trial court's order denying relief on an application for writ of habeas corpus in

EX PARTE JOSE GUSTAVO
CASTANEDA

No. 05-17-01135-CR

On Appeal from the 15th Judicial District Court, Grayson County, Texas
Trial Court Cause No. 067247-A.
Opinion delivered by Justice Boatright. Justices Lang-Miers and Brown participating.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, the order of the trial court denying relief on appellant's application for writ of habeas corpus is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 21st day of May, 2018.

_____
LISA MATZ, Clerk